**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter    11

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Hollywood Avenue Solar, LLC |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 45-2462206 |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 1-71 North Avenue East Elizabeth, NJ 07201 | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Union | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor  Hollywood Avenue Solar, LLC
Name

Case number (*if known*)

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    2211

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number |
|---|---|---|---|---|---|
| | District | | When | | Case number |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | Debtor | See Attachment | | Relationship | |
|---|---|---|---|---|---|
| | District | | When | | Case number, if known |

Debtor    Hollywood Avenue Solar, LLC
          _____            Case number (if known) _____
          Name

**11. Why is the case filed in**    *Check all that apply:*
    ***this district?***

    ■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
         preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ■    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**    ■ **No**
    **have possession of any**
    **real property or personal**    ☐ **Yes.**    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **property that needs**
    **immediate attention?**
                                   **Why does the property need immediate attention?** (*Check all that apply.*)

                                   ☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

                                        What is the hazard? _____

                                   ☐  It needs to be physically secured or protected from the weather.

                                   ☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                        livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                   ☐ **Other** _____

                                   **Where is the property?** _____
                                                              Number, Street, City, State & ZIP Code

                                   **Is the property insured?**

                                   ☐ **No**

                                   ☐ **Yes.**    Insurance agency _____

                                                Contact name _____

                                                Phone _____

■  **Statistical and administrative information**

**13. Debtor's estimation of**    .    *Check one:*
    **available funds**
                                   ■  Funds will be available for distribution to unsecured creditors.

                                   ☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**    ■ 1-49                    ☐ 1,000-5,000              ☐ 25,001-50,000
    **creditors**               ☐ 50-99                   ☐ 5001-10,000              ☐ 50,001-100,000
                                ☐ 100-199                 ☐ 10,001-25,000            ☐ More than100,000
                                ☐ 200-999

**15. Estimated Assets**    ☐ $0 - $50,000                ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                            ☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                            ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                            ■ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**    ☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                                 ☐  $50,001 - $100,000       ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                                 ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                                 ■ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor    Hollywood Avenue Solar, LLC
_____    Case number *(if known)* _____
Name

▀▀▀▀    Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 11, 2019
MM / DD / YYYY

X _____    Vince Colistra
Signature of authorized representative of debtor    Printed name

Title    Chief Restructuring Officer
_____

**18. Signature of attorney**

X _____    Date February 11, 2019
Signature of attorney for debtor    MM / DD / YYYY

Karen A. Giannelli
Printed name

Gibbons P.C.
Firm name

One Gateway Center
Newark, NJ 07102-5310
Number, Street, City, State & ZIP Code

Contact phone    973-596-4505    Email address    kgiannelli@gibbonslaw.com

019971979 NJ
Bar number and State

| Debtor | Hollywood Avenue Solar, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter    11

☐ Check if this an
amended filing

---

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | Apex Logistics, Inc. | | | Relationship to you | Affiliate |
|---|---|---|---|---|---|
| District | New Jersey | When | 2/11/19 | Case number, if known | |
| Debtor | Carrier Industries, Inc. | | | Relationship to you | Affiliate |
| District | New Jersey | When | 2/11/19 | Case number, if known | |
| Debtor | Eastern Freight Ways, Inc. | | | Relationship to you | Affiliate |
| District | New Jersey | When | 2/11/19 | Case number, if known | |
| Debtor | Jans Leasing Corp. | | | Relationship to you | Affiliate |
| District | New Jersey | When | 2/11/19 | Case number, if known | |
| Debtor | Myar, LLC | | | Relationship to you | Affiliate |
| District | New Jersey | When | 2/11/19 | Case number, if known | |
| Debtor | MyJon, LLC | | | Relationship to you | Affiliate |
| District | New Jersey | When | 2/11/19 | Case number, if known | |
| Debtor | NEMF Logistics, LLC | | | Relationship to you | Affiliate |
| District | New Jersey | When | 2/11/19 | Case number, if known | |
| Debtor | NEMF World Transport, Inc. | | | Relationship to you | Affiliate |
| District | New Jersey | When | 2/11/19 | Case number, if known | |
| Debtor | New England Motor Freight, Inc. | | | Relationship to you | Affiliate |
| District | New Jersey | When | 2/11/19 | Case number, if known | |
| Debtor | United Express Solar, LLC | | | Relationship to you | Affiliate |
| District | New Jersey | When | 2/11/19 | Case number, if known | |

## HOLLYWOOD AVENUE SOLAR, LLC

### JOINT WRITTEN CONSENT
### OF THE SOLE MEMBER
### AND THE MANAGER

The undersigned, being the sole member and the manager of HOLLYWOOD AVENUE SOLAR, LLC, a New Jersey limited liability company (the "Company") do hereby consent to, approve and adopt the following resolutions in lieu of holding a meeting of the sole member and of the manager of the Company, as if the same had been adopted at respective meetings of the sole member and of the manager duly called and held:

**WHEREAS,** the members and the manager of the Company have reviewed, considered, evaluated and, to the extent permitted, taken action with respect to the strategic alternatives available to the Company in light of the Company's financial condition and liquidity, including but not limited to the filing of a petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**WHEREAS,** the Company has determined that it is desirable and in the best interest of the Company, its creditors, the members and other interested parties, for the Company to file a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Bankruptcy Action").

**NOW, THEREFORE, BE IT RESOLVED**, that the filing by the Company of a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") be, and it hereby is, authorized and approved; and it is further

**RESOLVED**, that the manager of the Company and such other officers as he shall from time to time designate (each a "Proper Officer") be, and hereby is, authorized and empowered, in the name of the Company, to execute and verify a petition for relief under chapter 11 of the Bankruptcy Code, and to cause the same to be filed with the Bankruptcy Court at such time as the manager shall determine; and it is further

**RESOLVED**, that each Proper Officer be, and each of them hereby is, authorized to execute and file on behalf of the Company all petitions, schedules, lists, documents, pleadings and other papers and to take any and all action that they may deem necessary or proper in connection with the chapter 11 case of the Company; and it is further

**RESOLVED**, that each Proper Officer be, and each of them hereby is, authorized and directed to retain the law firm Gibbons, P.C. to render legal services to and to represent the Company in connection with such chapter 11 case as primary bankruptcy counsel, and other related matters in connection therewith, upon such terms and conditions as such officers shall approve; and it is further

**RESOLVED,** that each Proper Officer be, and each of them hereby is, authorized and directed to retain the law firm Whiteford, Taylor & Preston LLP, as special counsel to render legal services to and to represent the Company as co-counsel in connection with such chapter 11

case, and other related matters in connection therewith, upon such terms and conditions as such officers shall approve; and it is further

**RESOLVED**, that each Proper Officer be, and each of them hereby is, authorized to retain Vincent Colistra as Chief Restructuring Officer, and Phoenix Management Services, L.L.C. in support of the Chief Restructuring Officer, to represent, assist or consult with the Company with respect to the chapter 11 case of the Company;

**RESOLVED,** that each Proper Officer be, and each of them hereby is, authorized to retain such other professionals as they deem necessary and appropriate to represent, assist or consult with the Company with respect to the chapter 11 case of the Company; and it is further

**RESOLVED**, that the Company, by and through any Proper Officer, is hereby authorized and instructed to make such arrangements and take such actions as it deems necessary or proper for the Company to use cash collateral as a debtor in possession and/or to obtain debtor in possession financing under chapter 11 of the Bankruptcy Code; and it is further

**RESOLVED**, that each Proper Officer be, and each of them hereby is, authorized and directed to take any and all further actions and to execute and deliver any and all further instruments and documents and to pay all expenses (subject to Bankruptcy Court approval, where necessary), in each case as in their judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purpose of the resolutions adopted by the Company herein; and it is further

**RESOLVED**, that each Proper Officer be, and each hereby is, authorized and empowered on behalf of and in the name of the Company, to execute such consents of the Company, as such Proper Officer considers necessary, proper or desirable to effectuate these resolutions, such determination to be evidenced by such execution or taking of such action; and it is further

**RESOLVED**, that all acts lawfully done or actions lawfully taken by any and each Proper Officer, which are necessary or desirable to effectuate the intent of the resolutions adopted herein, are hereby in all respects ratified, confirmed, and approved; and it is further

**RESOLVED**, that any person dealing with the Proper Officer shall be conclusively entitled to rely upon the authority of the Proper Officer and by his execution of any document, agreement or instrument, the same being a valid and binding obligation of the Company enforceable in accordance with its terms; and it is further

**RESOLVED**, that the Company hereby undertakes to indemnify the Proper Officer to the maximum extent permitted under applicable law against any liability to third parties arising from the Proper Officer's performance in good faith of his duties and obligations as the Proper Officer.

*[remainder of page intentionally left blank]*

2

IN WITNESS WHEREOF, these resolutions have been adopted as of February  8  , 2019.

**SOLE MEMBER:**

New England Motor Freight, Inc.

By: _____
Myron P. Shevell, Chairman of the Board

**MANAGER:**

_____
Myron P. Shevell

*10039395*

3

| Fill in this information to identify the case: |
|---|
| Debtor name | Hollywood Avenue Solar, LLC |
| United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY** |
| Case number (if known): _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: CONSOLIDATED List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| JP MORGAN CHASE 250 PEHLE AVE, STE 105 SADDLE BROOK, NJ 07663 | JP MORGAN CHASE Attn: Michael Fondacaro 212-499-2511 michael.a.fondacaro@chase.com | Bank Loan | Contingent | $14,411,560.00 | $4,065,560.00 | $10,346,000.00 |
| TD BANK 1000 MACARTHUR BLVD MAHWAH, NJ 07430 | TD BANK Attn: Bethany Buitenhuys, VP 207-761-8575 Bethany.buitenhuys@td.com | Bank Loan | Contingent | $16,458,754.00 | $7,175,754.00 | $9,283,000.00 |
| EAST WEST BANK 533 MADISON AVE, 8th FL NEW YORK, NY 10022 | EAST WEST BANK Attn: Andrew Ross, SVP 646-648-9961 andrew.ross@eastwestbank.com | Bank Loan | Contingent | $15,881,533.00 | $9,929,877.00 | $5,951,656.00 |
| SANTANDER BANK 200 PARK AVE, STE 100 FLORHAM PARK, NJ 07932 | SANTANDER BANK Attn: Brian Braungard, VP 717-221-3872 brian.braungard@santander.us | Bank Loan | Contingent | $12,624,735.00 | $8,237,391.00 | $4,387,344.00 |
| IAM NATIONAL PENSION FUND 1300 Connecticut Ave, Ste 300 WASHINGTON, DC 20036 | IAM NATIONAL PENSION FUND Attn: Ryk Tierney, Exec. Dir. and Raymond Goad, Jr., General Counsel | Employee Benefits | | | | $1,676,814.00 |
| GREAT DANE LLC 2266 FOUR STAR DR MOUNT JOY, PA 17552 | GREAT DANE LLC Attn: Frank Korn fkorn@negd.net 800-231-6343 x 1506 | Trade Creditor | | | | $918,750.00 |
| GALLAGHER & BASSETT SERV INC 15763 COLLECTIONS CENTER DR CHICAGO, IL 60693 | GALLAGHER & BASSETT SERV INC Attn: Barbara Amato | Insurance Claims Administration | | | | $483,031.00 |
| CAPITAL ONE 499 THORNAL ST, 11th FL EDISON, NJ 08837 | CAPITAL ONE Attn: Robert Harvey 201-306-8110 robert.harvey@capitalone.com | Bank Loan | Contingent | $3,257,075.00 | $2,829,075.00 | $428,000.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, | Indicate if claim is contingent, unliquidated | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| MASSACHUSETTS DEPT OF REVENUE P O BOX 7049 BOSTON, MA 02204 | State of Massachusetts Attn Carol A Fayan Esq Office of Appeals P.O. Box 9551 Boston, MA 02114-9551 Fax 617-660-9597 | Taxes | | | | $322,877.00 |
| LANDSTAR GLOBAL LOGISTICS, INC P O BOX 784302 PHILADELPHIA, PA 19178-4302 | LANDSTAR GLOBAL LOGISTICS, INC 904-399-8909 | Trade Creditor | | | | $228,822.00 |
| VFS US, LLC NORTH AMERICAN TRANSACTION SER P O BOX 7247-6171 PHILADELPHIA, PA 19170-6171 | VFS US, LLC Attn: Jackie Inge jackie.inge@vfsco.com 800-856-9238 x 4322 | Trade Creditor | | | | $223,949.00 |
| SUPERIOR DISTRIBUTORS 4 MIDLAND AVE ELMWOOD PARK, NJ 07407 | SUPERIOR DISTRIBUTORS Attn: Marlene marlene@superiordistributorsinc.com 201-797-9490 | Trade Creditor | | | | $184,668.00 |
| GUTTMAN OIL CO PO BOX 536250 PITTSBURGH, PA 15253-5904 | GUTTMAN OIL CO Attn: Greg Colicchie gcolicchie@guttmangroup.com 724-489-5199 | Trade Creditor | | | | $136,183.00 |
| IPC (USA), INC. P O BOX 3250 ELLICOT CITY, MD 21042 | IPC (USA), INC Attn: Dahlia Hockless dahlia.hockless@usipc.com 949-648-5654 | Trade Creditor | | | | $130,693.00 |
| ENGLEFIELD, INC 1935 JAMES PARKWAY HEATH, OH 43056 | ENGLEFIELD, INC Attn: Amy Ybarra amy.ybarra@englefieldoil.com 800-282-1675 x 3182 | Trade Creditor | | | | $109,381.00 |
| LUCKY'S ENERGY SERVICE, INC 6801 W 73RD ST BEDFORD PARK, IL 60499-0637 | LUCKY'S ENERGY SERVICE, INC Attn: Lisa Luchtman lisa@luckysenergy.com | Trade Creditor | | | | $106,852.00 |
| BRIDGESTONE AMERICAS TIRE OPS LLC PO BOX 73418 CHICAGO, IL 60673-7418 | BRIDGESTONE AMERICAS TIRE OPS LLC 908-451-0002 Attn: Len Albuquerque albuquerqueleonard@bfusa.com | Trade Creditor | | | | $102,210.00 |
| JAMES RIVER PETROLEUM, INC DEPT 720067 CHARLOTTE, NC 28201-1335 | JAMES RIVER PETROLEUM, INC Attn: Kaiti Mallard kmallard@jrpenergy.com 804-767-8192 | Trade Creditor | | | | $94,572.00 |
| EAST RIVER ENERGY, INC PO BOX 388 GUILFORD, CT 06437-0388 | EAST RIVER ENERGY, INC 800 -336-3762 | Trade Creditor | | | | $91,258.00 |
| PILOT TRAVEL CENTERS, LLC PILOT RECEIVABLES DEPT 5500 LONAS DRIVE, STE 260 KNOXVILLE, TN 37909 | PILOT TRAVEL CENTERS, LLC Attn: Tonya Vaughn 865-474-2543 | Trade Creditor | | | | $87,109.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, | Indicate if claim is contingent, unliquidated | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CUSTOM BANDAG, INC. 401 EAST LINDEN AVE LINDEN, NJ 07036-2411 | CUSTOM BANDAG, INC. Attn: Jack Ventura jventura@custombandag.com 908-862-2400 | Trade Creditor | | | | $75,818.00 |
| DENNIS K. BURKE, INC P O BOX 3639 BOSTON, MA 02241-3629 | DENNIS K. BURKE, INC 617-884-7800 | Trade Creditor | | | | $75,142.00 |
| AAA COOPER TRANSPORTATION P O BOX 935003 ATLANTA, GA 31193-5003 | AAA COOPER TRANSPORTATION Attn: Charlie Prickett, EVP & COO Charlie.prickett@aaacooper.com | Trade Creditor | | | | $73,978.00 |
| PINNACLE FLEET SOLUTIONS P O BOX 742294 ATLANTA, GA 30374-2294 | PINNACLE FLEET SOLUTIONS Attn: Patty Seidelman pseidelman@corcentric.com 630-925-7676 | Trade Creditor | | | | $71,310.00 |
| TOTE MARITIME PUERTO RICO LLC P O BOX 409363 ATLANTA, GA 30384-9363 | TOTE MARITIME PUERTO RICO LLC Attn: Joseph Giorgio jgiorgio@totemaritime.com 904-855-1260 | Trade Creditor | | | | $65,469.00 |
| RIGGINS, INC P O BOX 150 MILVILLE, NJ 08332 | RIGGINS, INC Attn: Paul Riggins rpriggins@rigginsoil.com 856-825-7600 | Trade Creditor | | | | $57,169.00 |
| MIRABITO FUEL GROUP THE METROCENTER-49 COURT ST BINGHAMTON, NY 13902 | MIRABITO FUEL GROUP 607-337-4321 | Trade Creditor | | | | $55,895.00 |
| SHIPLEY FUELS MARKETING, LLC P O BOX 15052 YORK, PA 17405 | SHIPLEY FUELS MARKETING, LLC Attn: Andrew Graver agraver@shipleyenergy.com 717-771-1914 | Trade Creditor | | | | $55,442.00 |
| MICHELIN NORTH AMERICA, INC. P O BOX 100860 ATLANTA, GA 30384-0860 | MICHELIN NORTH AMERICA, INC. Attn: Pam Parker pam.parker@michelin.com 864-458-4749 | Trade Creditor | | | | $54,891.00 |
| REDSTONE LOGISTICS, LLC 8500 W 110TH ST OVERLAND PARK, KS 66201 | REDSTONE LOGISTICS, LLC ATTN: Jim Ritchie j.ritchie@logrg.com | Trade Creditor | | | | $54,288.00 |

**Fill in this information to identify the case:**

Debtor name    Hollywood Avenue Solar, LLC

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 11, 2019                    X _____
                                                    Signature of individual signing on behalf of debtor

                                                    Vince Colistra
                                                    Printed name

                                                    Chief Restructuring Officer
                                                    Position or relationship to debtor

# United States Bankruptcy Court
## District of New Jersey

In re    Hollywood Avenue Solar, LLC

Debtor(s)

Case No. _____

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| New England Motor Freight, Inc.<br>1-71 North Avenue East<br>Elizabeth, NJ 07201 | | | 100% Owner |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    February 11, 2019

Signature    Vince Colistra

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of New Jersey

In re  Hollywood Avenue Solar, LLC

Debtor(s)

Case No.
Chapter  11


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___Hollywood Avenue Solar, LLC___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


February 11, 2019

Date

*Karen A. Giannelli*
Karen A. Giannelli
Signature of Attorney or Litigant
Counsel for   Hollywood Avenue Solar, LLC
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
973-596-4505 Fax:973-596-0545
kgiannelli@gibbonslaw.com